# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTOPHER JOHNSON, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiff,*<br><br>　　v.<br><br>CITIZENS DISABILITY, LLC, a Massachusetts limited liability company,<br><br>　　*Defendant.* | Case No. 1:16-cv-10718-IT |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Kristopher Johnson and defendant Citizens Disability LLC, through their respective counsel, hereby stipulate and agree to DISMISS the Class Action Complaint (Docket No. 1) and this action in its entirety WITH PREJUDICE with respect to the individual claims of plaintiff Kristopher Johnson and WITHOUT PREJUDICE with respect to the claims of the putative class described in the Class Action Complaint.  Except as may be otherwise agreed between the Parties, each Party shall bear his or its own costs and expenses, including, without limitation, attorneys' fees, and hereby waives any right to appeal the dismissal of this action.

Respectfully submitted,

| KRISTOPHER JOHNSON, | CITIZENS DISABILITY LLC, |
|---|---|
| By his attorneys, | By its attorneys, |
| */s/ Patrick H. Peluso* | */s/ Gregory N. Blase* |
| Julie M. Tolek, Esq.<br>julie@thinkpinklaw.com<br>Think Pink Law<br>160 Speen Street, #202<br>Framingham, MA 01701<br>Tel: (617) 752-1739<br>Fax: (617) 752-1739<br><br>Stefan Coleman*<br>Law Offices of Stefan Coleman, LLC<br>201 S. Biscaynve Blvd, 28th Floor<br>Miami, FL 33131<br>law@stefancoleman.com<br>(877) 333-9427<br><br>Steven L. Woodrow*<br>Woodrow & Peluso, LLC<br>Patrick H. Peluso*<br>3900 E. Mexico Avenue, Suite 300<br>Denver, CO 80210<br>Phone: (720) 213-0675<br>Email: swoodrow@woodrowpeluso.com<br>         ppeluso@woodrowpeluso.com<br>*Admitted *pro hac vice* | Andrew C. Glass (BBO# 638362)<br>   andrew.glass@klgates.com<br>Gregory N. Blase (BBO# 662751)<br>   gregory.blase@klgates.com<br>Timothy R. DeMarco (BBO# 685808)<br>   tim.demarco@klgates.com<br>K&L Gates LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>(617) 261-3100 |

Dated: July 27, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this **Joint Stipulation of Dismissal** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 27, 2016.

*/s/ Patrick H. Peluso*
Patrick H. Peluso
